IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHELLE D. WIX,                              )
                                              )
v.                                            )    3:08-1037
                                              )
MICHAEL J. ASTRUE, Commissioner of            )
Social Security                               )

**O R D E R**

Before the Court is a Defendant's Motion to Remand this case to the Commissioner pursuant to Sentence Four, 42 U.S.C. § 405(g). The Defendant has no objection to remand for further consideration by the agency for the purposes recited in the supporting memorandum, Document #22.

Defendant's Motion to Remand, Document #21, is GRANTED, and the Administrative Law Judge shall further (1) consider Plaintiff's mental impairment; (2) reconsider Plaintiff's residual functional capacity; and (3) if necessary, obtain additional consultative examinations for Plaintiff.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge